# UNITED STATES DISTRICT COURT
for the

MIDDLE District of NORTH CAROLINA

GREENSBORO CIVIL Division

| | |
|---|---|
| ZARED KINAH JONES<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>SEE ATTACHED<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 19CV930<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

FILED SEP 10 2019 Clerk U.S. District Court Greensboro, NC

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ZARED KINAH JONES |
| Address | 2505 ASTER DR |
| City | GREENSBORO |
| State | NC |
| Zip Code | 27401 |
| County | GUILFORD |
| Telephone Number | 336-686-6854 |
| E-Mail Address | kinahjones@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | S. A. ALVAREZ |
| Job or Title *(if known)* | OFFICER |
| Address | |
| City | GREENSBORO |
| State | NC |
| Zip Code | |
| County | GUILFORD |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | J. M. CHAVEZ |
| Job or Title *(if known)* | OFFICER |
| Address | |
| City | GREENSBORO |
| State | NC |
| Zip Code | |
| County | GUILFORD |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

Defendant No. 3
Name: K. R. JOHNSON
Job or Title (if known): CPL
Address:
City: GREENSBORO   State: NC   Zip Code:
County: GUILFORD
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: F. T. WRIGHT
Job or Title (if known): OFFICER
Address:
City: GREENSBORO   State: NC   Zip Code:
County: GUILFORD
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. My section 1 fourth amendment right was violated by the DEFENDANTS.
2. My fouurteenth amendment right to liberty was violated.
3. My right to privacy was violated.
4. false imprisonment.
Amendment IV of the bill of rights
6. Amendment V of the bill of rights
7. right to protection against Unreasonable/ Excessive force
8. My right of equal protection.
9. the right to travel
10. Falseification of evidence.
11. unlawful arrest/assualt/ battery
12. Conspiracy to deprive me of my rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DEFENDANT WAYNE SCOTT acted under color of law as police chife of GREENSBORO POLICE
DEFENDANT OFFIICER S.A ALVAREZ acted under color of law as hw was on duty and employed by the GREENSBORO POLICE DEPARTMENT.
DEFENDANT OFFICER J.M. CHAVEZ acted under color of law as he was on duty and employed with the GREENSBORO POLICE DEPARTMENT.
DEFENDANT CORPORAL K.R JHONSON acted under color of law as he was on duty and employed with the GREENSBORO POLICE DEPARTMENT.
DEFENDANT OFFICER F.T. WRIGHT acted under color of law as he was on duty and employeed with the GREENSBORO POLICE DEPARTMENT.
DEFENDANT SERGEANT S.K. FLOWERS acted under color of law as he was on duty and employeed with the GREENSBORO POLICE DEPARTMENT.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

GREENSBORO NORTH CAROLINA, at or near THE BOILER ROOM located at 113 W MCGEE ST

B. What date and approximate time did the events giving rise to your claim(s) occur?

09/10/2016 around 12:30 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My companions AARON SANTINO GARRETT, ALPHONSO THOMAS, CLIFTON RUFFIN and I where harrased by all DEFENDANTS named, assigned to the street resource team only minutes after arriving downtown. We where then followed by the same officers to the BOLIER ROOM. my companion ALPHONSO THOMAS began recording as he was in fear of the actions of the DEFENDANTS shortly after DEFENDANT S.A ALVAEZ approached ALPHONZO and said "look, I got you on camera to and your loitering". DEFENDANT S.A ALVAZE then went over to DEFENDANT S.K FLOWERS and with malice, the two conspired to unlawfully arrest my companians and I even though we had broken no laws. DEFENDANTS both agreed on the fact that my companions and i where going to jail tonight again before being accused of breaking any laws. I Was assualted later inside THE BOLIER ROOM after my assault I went to DEFENFENT S.A. ALVEREZ as he was the closest police officer to me I asked ALVEREZ to help me with the assualt. ALVEREZ responded with indiffrence to my plea for help, by saying " Yall don't belong here go away", thus refusing my attempt to file an offical police report to document the above mentioned assualt, denying me my right to equal protection. I then went to DEFENDANT CORPRAL K.R JOHNSON after pleading for several minutes he finally agreed to investigate he then took possision of my Drivers lisence and ordered me to remain there, he then procceded into the BOILER ROOM with my Driver license that was not returned untill after i arrived at the jail. Minutes later DEFENDANT S.K FLOWERS Forcably threw his bike down and aggressively rushed twoard my companions who where leagally occuping public property and demanded they and i leave dening my friends and i free passage. i then explained that DEFENDANT K.R JOHNSON had possesion of my drivers lisnce and demanded I wait there while he conducted his investigation and that i was the only one that went into the bar and that my compaions could not have been kicked out of the bar because they never entered. DEFENDANT S.K FLOWERS then whith malice displayed force against me and threatened me with immediate non-consensual body contact, consummating his assault on me and rendering it into battery, by touching and handling my body while placing me under arrest and transporting me in a police vehicle.with out warning or cause he grabbed me and slammed cuffs on my wrist and proceeded to drag me by the cuffs. DEFENDANT S.A. ALVEREZ then thrust his hands into the Back of AARON GARRETT and violently shoved him forward he turned around. THE DEFENDANTS present then brutaly beat and tased him in front of me. DEFENDANT S.A ALVEREZ then took me to jail, charged me with Second Degree Trespass and, without the benefit of a breatylizer test (even though i requested one) or any form of proof, charged me with Intoxicated and Disruptive . and furuther falsely alleged that I "interfered with passage across a sidewalk". At the jail i was placed inside of a cell with extreamly constricting cuffs still on me they remained on me while i was in the cell. I made several pleas to have the cuffs removed through the intercom system, as they where hurting me after an prolonged amout of time the cuffs where removed. After their removal my wrist where causing me excruciating pain, so i asked for medical attention the staff refused telling me to wait for my relase before getting medical attention my continuing pleas where ignored despite the fact i had informed them of my medical conditions. While in jail one of the officers currently unknow told AARON that i had enough money in my wallet to bail him out violating my right to privacy. Months later i was arrested for failure to appear on these false accusations and had to post a bond to sucure my release.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. I was denied any form of medical treatment while in coustudy at the jail due to their neglenece and indifferance. I went to recive medical treatment for the sever pain in my wrist from the extreamly constricting hand cuffs that was used to restrain and drag me down the sidewalk, exacerbating the tendinitis in my wrist. i also have a genetic condition that create blood clots, affecting blood circulation and can lead to severe medical consequences including death.
2. As a result of my illegal arrest and assualt at the hands of the very people that were meant to protect me, I no longer feel save in my person, country, city or home. The first time i needed the police help in my life, I was victimized. I now live in constant fear of unwarrented assults and knowing that asking the police for help could lead to even more bruitilization. I am now left with a feeling of ambivalence toward Law Enforcement and the judicial system, with no clear path back.
3. I still wake up in the middle of the night hearing the excuresating screams of my friend AARON GARRETT as officers tore into his flesh with metal and electricuted him, it was the first time i ever heard any one cry out in such pain and unfourtently its something i will never be able to forget.
4. Dealing with the reality of this ordeal, forced upoun me by the DEFENDANTS and Tring to find justice for my friends and i has been the most mentally and emotionally devastating things i have ever been subjected to. Saddly as i am currently under a unconstitutional gag order form JUDGE BRAY i am left to find my way back to normal alone, i am restricted from telling anyone what i have suffered including friends, family, psychiatrist, therapist, potential lawyers Etc. with out facing jail time. i am forced to try to close these open wounds alone and after three years i have realized i can not do it alone. i need someone to talk to about this. I need help....

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. I would like the police body camera footage released publicly.
2. I would like the GREENSBORO POLICE DEPARTMENT to admit publicly that my arrest was illegal and that my constitutional rights were violated.
3. I would like an public apology from the GREENSBORO POLICE DEPARTMENT.
4. I would like the DEFENDANTS to under go anger management and deescalation classes.
5. I would like the GREENSBORO POLICE DEPARTMENT to institute better department wide Constitutional Law Education Training.
6. I want 100000 for the actions of the DEFENDANTS, punitive damages, plus the cost of this action and such other relife as the court deems appropreate and just.

DEFANDANTS CONTINUE:

CITY OF GREENSBORO, POLICE COMMANDER WAYNE SCOTT, OFFICER S. A. ALVAREZ, OFFICER J. M. CHAVEZ, CPL. K. R. JOHNSON, OFFICER F.T. WRIGHT, SGT. S. K. FLOWERS.

DEFENDANTS CONTINUED

DEFANDANT NO 5

NAME: CITY OF GREENSBORO, NC

COUNTY: GUILFORD

DEFENDANT NO.6

NAME: CHIFE WAYNE SCOTT

JOB TITLE: CHIEF OF THE GREENSBORO POLICE DEPARTMENT

ADDRESS: GREENSBORO, NC

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~09/08/2019~~ 09-10-19 25

Signature of Plaintiff

Printed Name of Plaintiff   ZARED KINAH JONES

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address