IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ZARED KINAH JONES            )
                             )
        Plaintiff,           )
                             )
v.                           )    1:19CV930
                             )
S.A. ALVAREZ, et al.         )
                             )
        Defendants.          )
```

**ORDER**

This matter is before the court on the Plaintiff's motion to continue the trial schedule for the July 2022 Civil Term of Court. (Doc. 91.) Defendants do not object to a continuance to allow the court additional time to consider Defendants' pending motion for summary judgment and motion for sanctions. For good cause shown and without opposition,

IT IS THEREFORE ORDERED that trial of this case is continued from the July 5,2022 trial setting to the <u>October 2022 Civil Trial Calendar</u>. The parties shall comply with all pretrial deadlines for the October 2022 Civil Trial Calendar absent further order of the court.

                                              /s/   Thomas D. Schroeder
                                              United States District Judge

June 30, 2022