IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ZARED KINAH JONES,           )
                             )
        Plaintiffs,          )
                             )
     v.                      )        1:19CV930
                             )
S.A. ALVAREZ, J.M. CHAVEZ,   )
K.R. JOHNSON, F.T. WRIGHT,   )
and S.K. FLOWERS,            )
                             )
        Defendants.          )

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment, (Doc. 71), is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

This the 5th day of July, 2022.

_____
United States District Judge